APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MELISSA DEVIN MAGNESS, individually and on behalf of all other similarly situated,

V.

WALLED LAKE CREDIT BUREAU, LLC; BANK OF AMERICA, N.A.; and DOES 1 through 10, inclusinve

Civil Action
No: 2:12-cv-06586-LDD

DISCLOSURE STATEMENT FORM

Please check one box:

☐  The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒  The nongovernmental corporate party, __Walled Lake__, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Urban Settlement Services, LLC is the sole member of Walled Lake. Urban Settlement is wholly owned by Urban Link Corporation

__January 4, 2013__
Date

_____
Signature

Counsel for: Walled Lake Credit Bureau, LLC

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
(1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or

(2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
(1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
(2) promptly file a supplemental statement if any required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January 2013, I have caused a true and correct copy of the foregoing Corporate Disclosure Statement to be served on the following via ECF transmission:

Eric Rayz, Esquire
Julie Robinson, Esquire
Kalikhman & Rayz, LLC
1051 County Line Road, Suite "A"
Huntingdon Valley, PA  19006

Gerald D. Wells, III, Esquire
Robert J. Gray, Esquire
Faruqi & Faruqi, LLP
101 Greenwood Avenue
Suite 600
Jenkintown, PA  19046

*Attorneys for Plaintiff*

Andrew J. Soven, Esquire
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19106

*Attorneys for Bank of America, N.A.*

/s/   Martin C. Bryce, Jr.
Martin C. Bryce, Jr.

DMEAST #16158718 v2